# Law Office of William F. Horn
188-01B 71st Crescent
Fresh Meadows, New York 11365
Telephone: (718) 785-0543
Facsimile: (866) 596-9003
bill@wfhlegal.com

December 31, 2012

Hon. Gary R. Brown, U.S.M.J.
UNITED STATES DISTRICT COURT
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

      RE:    *Thomas M. Graff v. United Collection Bureau, Inc., et al.*
             E.D.N.Y. Case No. 2:12-cv-02402-JS-GRB

Dear Judge Brown,

I am co-counsel for the above Plaintiff. I am writing this letter to respectfully request a 120-day extension of all dates in the Court's Scheduling Order [Doc. 11], and in conjunction therewith, an extension on all dates. I have spoken with Defendant's counsel, Barry Jacobs, regarding this request and he advised me Defendant has no objection.

This is the first request by any party for an extension of dates. The request is made for a number of reasons including, *inter alia*, the impact of Hurricane Sandy and related weather events which had a significant and ongoing impact on the Parties' respective offices and litigation calendars, which was then followed by the recent holidays that also further impacted the Parties' schedules. As it stands, I have been out-of-state on business and for the holidays this month and will be out-of-state again for the majority of January 2013; I understand from Defendant's counsel, Shari Sckolnick, that the same is largely true for her work schedule.

I apologize to the Court for the timing of this letter but due to a problem in transitioning my law office data from one case management system to another this letter is being sent two weeks later than originally intended.

Plaintiff respectfully thanks Your Honor in advance for the Court's attention to, and consideration of, the request set forth above.

Very truly yours,

William F. Horn
cc:    All Counsel of Record *via ECF Filing Only*