| Andrew T. Thomasson, Esq.* | **THOMASSON LAW, LLC** | WRITER'S DIRECT DIAL: |
|---|---|---|
| *Managing Member* | 101 Hudson Street, 21st Floor | (973) 665-2056 telephone |
| | Jersey City, NJ 07302 | (855) 479-9969 facsimile |
| *Admitted in NJ Only | Telephone: (201) 479-9969 | WRITER'S E-MAIL: andrew@thomassonllc.com |

March 19, 2015

Hon. Gary R. Brown, U.S.M.J.
UNITED STATES DISTRICT COURT
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

      *Re:*    *Graff, et al. v. United Collection Bureau, Inc.*
               E.D.N.Y. Case No. 2:12-cv-02402-GRB

Dear Judge Brown,

      I am Class Counsel in the referenced matter, and I submit this letter to the Court on behalf of all Parties. As the Court is aware, there has been a single objection to the class settlement filed by Class Member, Bradley Good ("Objector"). [Doc. 63]. Pursuant to the Court's Preliminary Approval Order, the Settling Parties may respond to the Objector's objections no later than 14 days before the Final Fairness Hearing (i.e., March 23, 2015). [Doc. 60, ¶12].

      At present, the Settling Parties and Objector's counsel are communicating in an effort to resolve all/some of the objections in advance of the scheduled fairness hearing on April 7, 2015. Accordingly, the Settling Parties respectfully request an extension of time until March 26, 2015, to file their response to the Objections. Earlier today, I conferred with Objector's counsel, Cary L. Flitter, and he indicated the Objector does not oppose the Parties' extension request.

      Additionally, while neither the class settlement agreement nor the Court's Preliminary Approval Order contemplate whether the Objector may file a reply brief in further support of his objection, Mr. Flitter indicated the Objector wishes to file such a reply, not to exceed 5 pages, on or before April 1, 2015; the Settling Parties do not oppose the Objector's request provided, of course, the Court desires and is willing to accept such additional briefing.

      On behalf of the Settling Parties and the Objector, I respectfully thank the Court for its continued courtesies and its consideration of the Parties' herein requests.

Respectfully submitted,
<u>*Andrew T. Thomasson*</u>
Andrew T. Thomasson, Esq.
*Via ECF Filing Only*

cc:    All Counsel of Record *via ECF Filing Only*