| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |
| BEFORE: GARY R. BROWN<br>U.S. MAGISTRATE JUDGE | DATE: 5/5/2015<br>TIME:  2:00 p.m. |

CASE:  **CV 12-2402 (GRB)** Graff v. United Collection Bureau, Inc. et al

TYPE OF CONFERENCE: Fairness Hearing

APPEARANCES:  Plaintiff : Andrew Thomasson

Defendant : David Anthony, Christina Bost Seaton,
Objector Mr. Good: Cary Flitter and Ariana Lindermayer

**THE FOLLOWING RULINGS WERE MADE:**

☐  Scheduling Order entered.

☐  Settlement conference scheduled for __ in courtroom 840 of the Long Island Courthouse. Counsel shall comply with the undersigned's individual rules on settlement.

☐  Proposed settlement pending:  By __, each party shall notify the court by *ex parte* letter to chambers at (631) 712-5705 whether it accepts or rejects the proposed settlement. These letters will be kept confidential.

☐  The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial.

☒  Other: Argument heard. Decision to follow.

SO ORDERED

/s/ Gary R. Brown
GARY R. BROWN
United States Magistrate Judge